**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM F. LOEBLEIN,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 4:05CV192-DJS |
| | ) | |
| **JAMES PURKETT,** | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #23] is accepted and adopted.

Dated this __28th__ day of February, 2008.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE